**Norman Leonard MINSHALL, III, Petitioner/Respondent,**

v.

**Denise Michele MINSHALL, Respondent/Appellant.**

**No. 60425.**

Missouri Court of Appeals, Eastern District, Division One.

March 31, 1992.

Paul H. Schramm, Schramm & Pines, Clayton, for respondent, appellant.

Robyn L. Stranquist, Ferguson, guardian ad litem.

Michael C. Todt, Karie E. Casey, Charles P. Todt and Associates, St. Louis, for petitioner, respondent.

## ORDER

PER CURIAM.

Wife appeals the award of primary physical custody of the parties' infant daughter to husband in a dissolution decree. We affirm. The trial court's judgment is supported by substantial evidence, no error of law appears, and an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth our reasons for affirming the trial court's judgment pursuant to Rule 84.16(b).